**Dismissed and Memorandum Opinion filed March 25, 2014.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-14-00207-CR

---

**DEONTAE  CALDWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1349320**

---

### M E M O R A N D U M   O P I N I O N

Appellant was convicted of the offense of burglary of a habitation with the intent to commit theft and sentenced to confinement for fifteen years in the Institutional Division of the Texas Department of Criminal Justice on December 2, 2013. No motion for new trial was filed.  Appellant's notice of appeal was not filed until February 25, 2014 .

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).